ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                          )
                                                     )
Sauer Construction, LLC                              )    ASBCA No. 63738-ADR
                                                     )
Under Contract No. W91278-12-D-0039                  )

APPEARANCES FOR THE APPELLANT:      Andrew P. Atkins, Esq.
                                    Braden Rose, Esq.
                                      Smith, Anderson, Blount, Dorsett, Mitchell &
                                      Jernigan, LLP
                                      Raleigh, NC

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
                                      Engineer Chief Trial Attorney
                                    Paul B. Taylor, Esq.
                                    Justin P. McCorcle, Esq.
                                      Engineer Trial Attorneys
                                      U.S. Army Engineer District, Wilmington

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 26, 2025

_____
JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63738-ADR, Appeal of Sauer Construction, LLC, rendered in conformance with the Board's Charter.

Dated:  September 26, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals